UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **CLARENCE JACK (#120229)** | **DOCKET NO. 6:16-00988; SEC. P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ROBERT TANNER** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**MONROE, LOUISIANA,** this 9th day of November, 2016.

*[signature]*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE